IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>YAMILET FAJARDO-CRUZ<br>Defendant | CRIMINAL 12-0342CCC<br>(related to Cr. 08-242-5CCC) |

**ORDER**

Having considered the Report and Recommendation filed on May 3, 2012 (**docket entry 8**) on a Rule 11 proceeding of defendant Yamilet Fajardo-Cruz held before U.S. Magistrate Judge Bruce J. McGiverin on April 27, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 27, 2012. The **sentencing hearing is set for July 26, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on May 23, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge